In the Matter of the Claim of ANNA P. PENN, Respondent, against FLORENCE N. LEWIS et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued October 1, 1940, decided October 18, 1940.

*Frank L. Ward* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.